# IN THE SUPREME COURT OF THE STATE OF NEVADA

CANDICE SHAFFER; AND TRAVIS HEINRICH,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NADIA KRALL, DISTRICT JUDGE,
Respondents,
and
MARK SHAFFER; AND MYVEGAS MAGAZINE,
Real Parties in Interest.

No. 84118

**FILED**

MAY 12 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss a complaint under NRCP 16.1(e).

Having considered the petition and its supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted). Mandamus is an extraordinary remedy and whether to consider a petition seeking such relief is within this court's sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). We generally decline to exercise that discretion to grant writ petitions challenging orders denying motions to dismiss, and we are not convinced any of the exceptions for doing so apply in this case. *See Smith*

22-15093

*v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing the exceptions to the general rule). We therefore ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Herndon

_____, Sr.J.
Gibbons

cc:   Hon. Nadia Krall, District Judge
       Ben Moshe & Stein
       Travis Heinrich
       Raich Law PLLC
       Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.